Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Kassandra Lotero-Parrish

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:21-mj-01006-DJA |
| v. | **Unopposed Motion for Appointment of Counsel** |
| Kassandra Lotero-Parrish, | |
| Defendant. | |

Undersigned counsel respectfully requests that he be appointed to represent Defendant Kassandra Lotero-Parrish in this action pursuant to 18 U.S.C. § 3006A(a)(1)(E) and LCR 44-1. Undersigned counsel informally has negotiated a resolution of this case, and Assistant United States Attorney Imani Dixon has prepared a plea agreement that Ms. Lotero-Parrish wishes to sign. Undersigned counsel seeks appointment in order to formalize the attorney-client relationship and counsel Ms. Lotero-Parrish about the benefits and consequences of entering the proposed plea agreement.

Contemporaneously with this motion, undersigned counsel is filing a financial affidavit under seal. The financial affidavit shows that Ms. Lotero-Parrish cannot afford to hire counsel.

Undersigned counsel conferred with Assistant United States Attorney Imani Dixon about this motion, and she has no objection to this motion.

Accordingly, undersigned counsel respectfully requests that he be appointed to represent Ms. Lotero-Parrish in this action.

Dated February 14, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick A. Mula*
Rick A. Mula
Assistant Federal Public Defender

**IT IS SO ORDERED.**

DATED: February 15, 2024

_____
UNITED STATES MAGISTRATE JUDGE