Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Kassandra Lotero-Parrish

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Kassandra Lotero-Parrish,<br><br>    Defendant. | Case No. 2:21-mj-01006-DJA<br><br>**Unopposed Motion to Permit Appearance by Video Teleconference** |

Ms. Lotero-Parrish has been charged in a four-count complaint with several misdemeanors: Operating a Motor Vehicle while Under the Influence of Alcohol (36 C.F.R. § 4.23(a)(1)), Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (36 C.F.R. § 4.23(a)(2)), Driving with a Suspended Driver's License (36 C.F.R. § 4.2(b); NRS § 483.560(1)), and Littering (36 C.F.R. § 2.14(a)(1)). (ECF No. 1.)

Ms. Lotero-Parrish's case is currently set for an initial appearance before United States Magistrate Judge Brenda Weksler on February 22, 2024, at 2:30 PM. The parties plan for Ms. Lotero-Parrish to enter into a plea agreement at that appearance.

This Court may allow Ms. Lotero-Parrish to appear by video teleconferencing under Federal Rule of Criminal Procedure 43(b)(2): "A defendant need not be present under any of the following circumstances . . . The offense is punishable by fine or by imprisonment for not more than one year, or both, and with the defendant's written consent, the court permits arraignment, plea, trial, and sentencing to occur by video teleconferencing or in the defendant's absence."

Ms. Lotero-Parrish seeks permission to appear by video teleconferencing because she is indigent, lives in the Los Angeles area, has a newborn, and lacks a driver's license. Requiring Ms. Lotero-Parrish to travel to Las Vegas would impose a significant financial and logistical hardship on her. Moreover, the government has no objection to Ms. Lotero-Parrish appearing remotely by video teleconference.

1  Accordingly, Ms. Lotero-Parrish respectfully requests that the Court permit
2 her to appear remotely by video teleconference for the February 22, 2024 initial
3 appearance before United States Magistrate Judge Brenda Weksler.

Dated February 14, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick A. Mula*
Rick A. Mula
Assistant Federal Public Defender

**IT IS SO ORDERED.**

DATED: February 20, 2024

_____
BRENDA WEKSLER
UNITED STATES DISTRICT JUDGE

3